# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 7:10-CR-37-HL |
| | : | |
| | : | |
| **CHRISTOPHER RIENDEAU** | : | |

## ORDER

The government having filed a motion to continue this case to the trial term beginning April 18, 2011, and for the reasons stated in said motion, it is hereby,

**ORDERED AND ADJUDGED** that the motion to continue the trial in this case is **GRANTED**, and therefore, orders this case continued to the Valdosta trial term beginning April 18, 2011.

**THE COURT FURTHER FINDS** that the period of delay resulting from the granting of this continuance, to and including the date the trial commences, shall be deemed excludable time in accordance with the provisions of the Speed Trial Act, 18 U.S.C. 3161, *et seq*.

SO ORDERED, this 17th day of February, 2011.

s/ Hugh Lawson
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE